IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jennifer A. Youngs, ) | C/A No. 3:20-2758-JMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| William P. Barr, United States ) | |
| Attorney General, United ) | |
| States Department of Justice; ) | |
| and Mark Redmiles, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court on two motions filed by Defendant William P. Barr, United States Attorney General, United States Department of Justice. First, Defendant Barr filed a motion to substitute the United States of America as the sole defendant with respect to Plaintiff's intentional infliction of emotional distress claim, thereby dismissing Defendant Mark Redmiles from this case. [ECF No. 9]. Second, Defendant Barr filed a motion to dismiss Plaintiff's intentional infliction of emotional distress claim on the basis that Plaintiff failed to exhaust her administrative remedies with respect to that claim. [ECF No. 11].

Based upon the consent of the parties, the court enters the following order with respect to the motion to substitute [ECF No. 9] and the motion to

dismiss [ECF No. 11]:

1.  The United States of America is substituted as the sole defendant with respect to Plaintiff's claim for intentional infliction of emotional distress. Because Plaintiff's only claim against Defendant Redmiles is the claim for intentional infliction of emotional distress, there are no remaining claims against Defendant Redmiles and Defendant Redmiles is dismissed with prejudice as a defendant.

2.  Plaintiff's claim against the United States of America for intentional infliction of emotional distress is dismissed with prejudice. Because Plaintiff's only claim against the United States of America is the claim for intentional infliction of emotional distress, there are no remaining claims against the United States of America and the United States of America is dismissed with prejudice as a defendant.

3.  Plaintiff's claims for sexual harassment (first cause of action), sex discrimination (second cause of action), and discrimination based on disability (third cause of action) against Defendant Barr remain and are not affected by this Order.

IT IS SO ORDERED.

November 12, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge